UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                     Case Number 2:24-cr-40
                                                     Judge Edmund A. Sargus, Jr.

TIMOTHY T. WOODS,
    Defendant.

# Sentencing
# Wednesday, March 18, 2025
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Kevin Kelley
For Defendant: Robert Cochran
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


The defendant is sentenced as follows:

12 months and 1 day imprisonment minus time served.
3 years supervised release.
$100 special assessment.
Forfeiture Ordered.